AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
By JKing1 at 4:08 pm, Mar 23, 2023

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Kentucky

3:23 mj 120

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JALEN TAVION GILLIARD | ) | Case No. 6:23-cr-00014-CHB-HAI-2 |
| 3080 SOUTHDALE DRIVE | ) | |
| DAYTON, OH 45409 | ) | |
| DOB: 04/30/2002 | ) | |
| SSN: 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 | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **JALEN TAVION GILLIARD**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21:846 - CONSPIRACY TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE MIXTURE

Date: 03/23/2023

*Issuing officer's signature*

City and state: LONDON, KY

Robert R. Carr by M. Mejia, D.C.
*Printed name and title*

---

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                    Weight:

Sex:                                                        Race:

Hair:                                                       Eyes:

Scars, tattoos, other distinguishing marks:


History of violence, weapons, drug use:


Known family, friends, and other associates *(name, relation, address, phone number)*:


FBI number:

Complete description of auto:


Investigative agency and address:


Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:


Date of last contact with pretrial services or probation officer *(if applicable)*:

Eastern District of Kentucky
F I L

MAR 2 3 2023

AT LONDON
ROBERT R CARR
CLERK U S DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

UNITED STATES OF AMERICA

**3:23 mj  120**

V.

INDICTMENT NO. 6:23-CR-014-CHB
21 U.S.C. § 846

**TERRION GILLIARD and**
**JALEN TAVION GILLIARD**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

From approximately July 2021, the exact date unknown, and continuing until March 23, 2023, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**TERRION GILLIARD and**
**JALEN TAVION GILLIARD**

did conspire with each other and others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**A TRUE BILL**

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:** Not less than 10 years and not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.